UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: CARL ANTHONY MOUNTES        Case No: 21-12444-MDC
       Chapter 13
       Hon. MAGDELINE D. COLEMAN

    Debtor(s)
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

    PLEASE TAKE NOTICE that BUTLER ROWSE-OBERLE PLLC represents GENISYS CREDIT UNION in the above captioned matter. Please serve copies of all notices and pleading to the following address:

      BUTLER ROWSE-OBERLE PLLC
      24525 Harper Avenue
      St. Clair Shores, MI  48080

      /s/ Karen Rowse-Oberle (P41893)
      Attorney for Creditor
      24525 Harper Avenue
      St. Clair Shores, MI  48080
      (586) 777-0770
      krowse-oberle@brolawpllc.com

September 16, 2021