# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re __Carl Anthony Mountes__   
                                                Debtor(s)

Case No. _____  
Chapter __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Carl Anthony Mountes__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __August 30, 2021__          Signature _/s/ Carl Anthony Mountes_  
                                                                             Carl Anthony Mountes  
                                                                             Debtor