# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-12444-MDC

CARL ANTHONY MOUNTES

1400 BLACK HORSE HILL ROAD
BLDG 10
COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CARL ANTHONY MOUNTES

1400 BLACK HORSE HILL ROAD
BLDG 10
COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

Date: 11/30/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee