# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Carl Anthony Mountes, | : | Chapter 13 |
| Debtor | : | Case No.: 21-12444-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Proof of Claim No. 10 filed on behalf of Mariner Finance LLC on December 2, 2021 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on December 2, 2021:*

Joshua C. Johnson, President & CEO
Mariner Finance LLC
8211 Town Center Dr.
Nottingham, MD 21236

*Via Electronic Filing (ECF) on December 2, 2021:*

Rebecca Ann Solarz, Esquire on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: December 2, 2021                    Counsel for Debtor

1