# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Carl Anthony Mountes, | : | Chapter 13 |
| Debtor | : | Case No.: 21-12444-mdc |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor, Carl Anthony Mountes, effective immediately, to:

>987 Kennett Way
>West Chester, PA 19380


By:    */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: January 14, 2022