## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Carl Anthony Mountes, | : | Chapter 13 |
| Debtor | : | Case No.: 21-12444-mdc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed February 2, 2022 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on February 2, 2022:*

Joshua C. Johnson, President & CEO
Mariner Finance LLC
8211 Town Center Dr.
Nottingham, MD 21236

Michael Gallagher, POC Specialist
PNC Bank National Association
PO Box 94982
Cleveland OH 44101

All other creditors on the mailing matrix not otherwise notified by ECF.

*Via Electronic Filing (ECF) on February 2, 2022:*

Rebecca Ann Solarz, Esquire on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

1

                                                   **ROSS, QUINN & PLOPPERT, P.C.**

                                    By:    */s/ Joseph Quinn*
                                                      Joseph Quinn, Esquire
                                                      192 S. Hanover Street, Suite 101
                                                      Pottstown, PA 19464
                                                      T: 610.323.5300
                                                      F: 610.323.6081
                                                      jquinn@rqplaw.com
Date: February 2, 2022                        Counsel for Debtor