United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 21-12444-mdc

Carl Anthony Mountes                                                                        Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2022 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl Anthony Mountes, 987 Kennett Way, West Chester, PA 19380-5725 |
| 14637336 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14636948 | + | Genisys Credit Union, c/o Karen Rowse-Oberle,Esquire, Butler Rowse-Oberle,PLLC, 24525 Harper Avenue, St. Clair Shores, MI 48080-1286 |
| 14653348 | + | Mariner Finance LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14635644 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14634479 | + | Stephanie Daley-Mountes, 613 Green Street, Bridgeport, PA 19405-1117 |
| 14634480 | + | Synovusbk/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14634481 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14647469 | + | Email/Text: g20956@att.com | Feb 10 2022 23:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14634472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2022 23:39:57 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14639611 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2022 23:40:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14634473 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 10 2022 23:36:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14636776 | + | Email/Text: bankruptcy@genisyscu.org | Feb 10 2022 23:36:00 | GENISYS CREDIT UNION, 2100 EXECUTIVE HILLS BLVD., AUBURN HILLS, MI 48326-2947 |
| 14634474 | | Email/Text: bankruptcy@genisyscu.org | Feb 10 2022 23:36:00 | Genisys Credit Union, 50 W Big Beaver, Troy, MI 48084 |
| 14642193 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 10 2022 23:36:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14649585 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2022 23:36:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14634476 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2022 23:36:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14634477 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 10 2022 23:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14634478 | + | Email/Text: Supportservices@receivablesperformance.com | Feb 10 2022 23:36:00 | Receivables Performanc, 20816 44th Ave West, Lynnwood, WA 98036-7744 |

| 14641107 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Feb 10 2022 23:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el., 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14649728 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 10 2022 23:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14649599 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 10 2022 23:39:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14634482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 10 2022 23:36:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14634475 | ##+ | Mariner Finance, 120 W Hill Ave, Valdosta, GA 31601-5605 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Carl Anthony Mountes CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Carl Anthony Mountes
               Debtor(s)

Chapter: 13

Bankruptcy No: 21−12444−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this February 10,2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

44 − 7
Form 155