United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 21-12444-amc
Carl Anthony Mountes | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl Anthony Mountes, 987 Kennett Way, West Chester, PA 19380-5725 |
| 14636948 | + | Genisys Credit Union, c/o Karen Rowse-Oberle,Esquire, Butler Rowse-Oberle,PLLC, 24525 Harper Avenue, St. Clair Shores, MI 48080-1286 |
| 14634475 | + | Mariner Finance, 120 W Hill Ave, Valdosta, GA 31601-5605 |
| 14634477 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14641107 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el., 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14634479 | + | Stephanie Daley-Mountes, 613 Green Street, Bridgeport, PA 19405-1117 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14647469 | + | Email/Text: g17768@att.com | Jan 16 2025 00:16:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14634472 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:34:30 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14639611 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:50:46 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14637336 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 16 2025 00:17:00 | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14634473 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 16 2025 00:17:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14634474 | | Email/Text: bankruptcy@genisyscu.org | Jan 16 2025 00:17:00 | Genisys Credit Union, 50 W Big Beaver, Troy, MI 48084 |
| 14636776 | + | Email/Text: bankruptcy@genisyscu.org | Jan 16 2025 00:17:00 | GENISYS CREDIT UNION, 2100 EXECUTIVE HILLS BLVD., AUBURN HILLS, MI 48326-2947 |
| 14642193 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 16 2025 00:16:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14653348 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 16 2025 00:16:00 | Mariner Finance LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14649585 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2025 00:16:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14634476 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2025 00:16:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14634478 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 16 2025 00:17:00 | Receivables Performanc, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 14635644 | ^ | MEBN | Jan 16 2025 00:12:20 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14634480 | ^ | MEBN | Jan 16 2025 00:12:27 | Synovusbk/greensky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14649728 | + | Email/Text: bncmail@w-legal.com | Jan 16 2025 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14634481 | + | Email/Text: bncmail@w-legal.com | Jan 16 2025 00:16:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14649599 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:22:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14634482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 16 2025 00:16:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Carl Anthony Mountes CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 54 − 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Carl Anthony Mountes  )  Case No. 21−12444−amc
      )
      )
    Debtor(s).  )  Chapter: 13
      )
      )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 15, 2025

For The Court

Timothy B. McGrath
Clerk of Court